UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No. 9:2013-cv-80840-DMM

EXCELSIOR MEDICAL CORPORATION,

    Plaintiff,

v.

IVERA MEDICAL CORPORATION,
ROBERT F. LAKE, JR., and
JEFFREY S. TENNANT,

    Defendants.
_____/

## DEFENDANTS' AGREED MOTION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Ivera Medical Corporation ("Ivera"), Robert F. Lake, Jr., and Jeffrey S. Tennant, by and through their undersigned attorneys, move with the agreement of Plaintiff Excelsior Medical Corporation ("Excelsior"), to extend the deadline to respond to the complaint to thirty (30) days from the first response due date of October 10, 2013, that is up to and including November 12, 2013 (November 9 being a Saturday and November 11 being Veterans' Day).  Defendants respectfully submit good cause exists for this extension because there is an earlier filed case in the District Court for the Southern District of California filed by Ivera against Excelsior involving the same claims as this case (*Ivera Medical Corp. v. Excelsior Medical Corp.*, Case No. 13-cv-465).  Excelsior has moved to dismiss that case for lack of standing, and Ivera has moved to amend its pleadings to add Mr. Lake and Mr. Tennant to cure any standing issue.  Both motions are fully submitted and a decision is anticipated shortly.

If Excelsior's motion to dismiss is denied, Excelsior may dismiss the current action, thereby rendering a response to the complaint moot.

Dated:  October 10, 2013

Respectfully Submitted,

/joseph w. bain/

Joseph W. Bain
Novak Druce Connolly Bove + Quigg LLP
525 Okeechobee Blvd., 15th Floor
West Palm Beach, FL 33401
Phone: (561) 847-7800
Fax: (561) 847-7801
Joseph.bain@novakdruce.com
gregory.nelson@novakdruce.com
*Attorneys for Defendants*

## Certificate of Service

I HEREBY CERTIFY that on October 10, 2013, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and was also served upon all counsel of record or pro se parties identified on the attached Service List either through CM/ECF or some other authorized manner.

/joseph w. bain/
Joseph W. Bain

# SERVICE LIST
*Excelsior Medical Corp. v Ivera Medical Corp. et al.*
Case No.: 9:2013-cv-80840-DMM
United States District Court, Southern District of Florida

Scott Gardner Hawkins
Jones Foster Johnston & Stubbs
505 S Flagler Drive
Suite 1100 PO Box 3475
West Palm Beach, FL 33402-3475
Phone: (561) 650-0460
Fax: (561) 650-0436
shawkins@jones-foster.com