IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:13-cv-80840-DMM-BRANNON

**EXCELSIOR MEDICAL
CORPORATION,**

    Plaintiff,

vs.

**IVERA MEDICAL CORPORATION,
ROBERT F. LAKE, JR., and
JEFFREY S. TENNANT,**

    Defendants and
    Counterclaim Plaintiffs,

vs.

**EXCELSIOR MEDICAL
CORPORATION, COVIDIEN
LP, and COVIDIEN SALES, LLC,**

    Counterclaim Defendants.
_____/

### PRETRIAL SCHEDULING ORDER

Pursuant to Local Rule 16.1, and the Court having considered the Parties' suggested pretrial deadlines submitted in their Joint Scheduling Conference Report (DE 16-1) and holding a Scheduling Conference with the Parties on November 15, 2013, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.   **Trial Date and Calendar Call**. This case is set for jury trial during the Court's two-week trial period commencing **September 8, 2014**, before the undersigned United States District Judge. A Calendar Call shall be held on **September 3, 2014, at 1:15 p.m.**

2.   The following are the pretrial deadlines as agreed by the Parties, with certain modifications by the Court:

1

| **Event** | **Deadline** |
|---|---|
| Ivera's Disclosure of Asserted Patent Claim(s) and Preliminary Infringement Contentions with accompanying document production | **December 2, 2013** |
| Plaintiff's Disclosure of Preliminary Invalidity Contentions with accompanying document production | **December 16, 2013** |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | **December 16, 2013** |
| Exchange of Responsive Claim Constructions and Extrinsic Evidence | **December 23, 2013** |
| Parties' Opening Claim Construction Briefs | **January 7, 2014** |
| Parties' Responsive Claim Construction Briefs | **January 31, 2014** |
| Deadline to join additional parties and amend pleadings | **January 24, 2014** |
| Claim Construction Hearing | **March 7, 2014 at 10:00 a.m.** |
| Exchange List of Expert Witnesses | **March 5, 2014** |
| Deadline to Supplement List of Expert Witnesses | **March 19, 2014** |
| Deadline to disclose any opinion(s) of counsel it will rely on | **March 31, 2014** |
| Close of Fact Discovery | **April 28, 214** |
| Initial Expert Witness Reports | **May 5, 2014** |
| Rebuttal Expert Witness Reports | **May 26, 2014** |
| Close of Expert Discovery | **June 9, 2014** |
| Deadline for filing motions for summary judgment and Daubert challenges | **June 30, 2014** |
| Status Conference/Calendar Call | **September 3, 2014** |
| Trial | **September 8, 2014** |

3. The Parties may stipulate to different pretrial deadlines as they see fit, *without judicial intervention*, with the exception of the pretrial dispositive motions deadline (June 30, 2014) and any deadline arriving thereafter. Said differently, all dates and deadlines scheduled after June 9, 2014, shall remain in effect absent an Order from this Court stating otherwise.

4. **Settlement**. If this case is settled, counsel must inform the Court within two (2) days by calling my Chambers.

5. **Non-compliance with Order and Rules of Court**. Non-compliance with any provision of this Order, the Federal Rules of Civil Procedure, and/or the Local Rules of Court, may subject the offending party to **sanctions or dismissal**. It is the duty of all counsel to enforce the case management timetable to insure an expeditious resolution of this cause.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 15th day of November, 2013.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record